MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SERENA LEEANN MURPHY,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:24-cv-01159-KES-GSA<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended forty (40) days from March 26, 2025, up to and including May 5, 2025.  This is the parties' second stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

    This is Defendant's first request for an extension, and it is made with good cause. Undersigned counsel for defendant already has several other briefs due in approximately the next month, and other litigation matters as well.  Thus, Defendant requires an extension in this case,

Stip. for Ext.; 1:24-cv-01159-KES-GSA           1

and may require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  March 18, 2025          */s/  Jonathan Omar Pena\**
                                JONATHAN OMAR PENA
                                Attorney for Plaintiff
                                **as authorized via e-mail on March 18, 2025*

Dated: March 18, 2025           MICHELE BECKWITH
                                Acting United States Attorney

                                MATHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation, Office 7
                                Social Security Administration

                        By:     /s/  Mary Tsai
                                MARY TSAI
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 5, 2025 to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

   Dated:   **March 18, 2025**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 1:24-cv-01159-KES-GSA          2