MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SERENA LEEANN MURPHY,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:24-cv-01159-KES-GSA<br><br>STIPULATION FOR A SECOND EXTENSION OF TIME; ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended 14 days from May 5, 2025, up to and including May 19, 2025. This is the parties' third stipulation for an extension of the Court's Scheduling Order, and Defendant's second extension.

    This is Defendant's second request for an extension, and it is made with good cause. Counsel for Defendant is scheduled to be on leave the week of May 5, 2025 to care for a family member post-surgery. Thus, Defendant requires an extension in this case, and may require

extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                            Respectfully submitted,

Dated: April 9, 2025                        */s/  Jonathan Omar Pena\**
                                            JONATHAN OMAR PENA
                                            Attorney for Plaintiff
                                            *\*as authorized via e-mail on April 9, 2025*

Dated: April 9, 2025                        MICHELE BECKWITH
                                            Acting United States Attorney

                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Office of Program Litigation, Office 7
                                            Social Security Administration

                            By:    */s/  Mary Tsai*
                                            MARY TSAI
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## **ORDER**

    Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 19, 2025 to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

   Dated:  **April 9, 2025**                **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE