1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

SERENA LEANN MURPHY

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:24-cv-01159-KES-GSA

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, REMANDING FOR
FURTHER PROCEEDINGS, AND DIRECTING
ENTRY OF JUDGMENT IN FAVOR OF
PLAINTIFF AND AGAINST DEFENDANT
COMMISSIONER OF SOCIAL SECURITY

(Docs. 14, 20, 23)

12

13

14

15

16

17

18

19

        Plaintiff Serena Leeann Murphy initiated this action seeking judicial review of the

20

administrative decision denying her application for Social Security benefits.  Doc. 1.  On February 24,

21

2025, plaintiff filed a motion for summary judgment.  Doc. 14.  On May 1, 2025, the defendant filed a

22

responsive brief seeking to affirm the agency's final decision.  Doc. 20.  The matter was referred to a

23

United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15).

24

        On August 7, 2025, the assigned magistrate judge issued findings and recommendations,

25

finding that the administrative decision that plaintiff was not disabled was not supported by substantial

26

evidence and recommending that this matter be remanded for further proceedings.  Doc. 23.  The

27

findings and recommendations were served on the parties and contained notice that any objections

28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

thereto were to be filed within fourteen (14) days after service.  *Id.* at 8-9.  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b), this Court has conducted a de novo review of the case. The findings and recommendations correctly found that the agency's finding that plaintiff could adequately perform hand manipulative activities was not supported by substantial evidence.  Doc. 23 at 5-7; *see also* Doc. 11-8 at 424 (noting current functional limitations).  Having reviewed the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations issued on August 7, 2025 (Doc. 23) are adopted;

2.    Plaintiff's motion for summary judgment (Doc. 14) is granted;

3.    Defendant's request to affirm (Doc. 20) is denied;

4.    This matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the findings and recommendations; and

5.    The Clerk of Court is directed to enter judgment in favor of plaintiff Serena Leeann Murphy and against defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    September 21, 2025

_____
UNITED STATES DISTRICT JUDGE

2